**In re CONSTABLE OF NEW WASHINGTON BOROUGH.**

**Appeal of Peter HENRY.**

Supreme Court of Pennsylvania.

Submitted June 27, 1994.

Decided Aug. 25, 1994.

---

11. The Prothonotary of the Supreme Court is directed to transmit the complete record of the case *sub judice* to the Governor of Pennsylvania. 42 Pa.C.S. § 9711(i).

* MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment

Docket No. 94 R1801, due to the unavailability of LARSEN, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

1. *Commonwealth v. Pierce*, 515 Pa. 153, 527 A.2d 973 (1987).

Peter Henry, pro se.

John R. Carfley, for appellant.

Daniel C. Bell, Bell, Silverblatt & Swoope, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM.

Order of the Court of Common Pleas of Clearfield County AFFIRMED.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1801, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.